**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-80002-CR-Ryskamp/Hopkins
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(d)

**UNITED STATES OF AMERICA**

v.

**TONY HAYWARD,**

                    **Defendant.**
_____/

FILED BY ___KZ___
Deputy Clerk

*Jan 12, 2016*

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about September 11, 2015, in Palm Beach County, in the Southern District of Florida, the defendant,

**TONY HAYWARD,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: one (1) H&K USP compact .40 caliber semi-automatic pistol loaded with approximately ten (10) rounds of .40 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

Upon conviction of the violation alleged in this Indictment, the defendant TONY HAYWARD shall forfeit to the United States any firearm and ammunition involved in or used in said violation.

Pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlined at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES OF AMERICA**

vs.

**TONY HAYWARD,**

**Defendant.**
_____/

**CASE NO.** 16-80002-CR-Ryskamp/
Hopkins

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ____ | Miami | ____ Key West |
| ____ | FTL | _X_ WPB ____ |

New Defendant(s)          Yes ____  No ____
Number of New Defendants
Total number of counts
FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)    _NO_
    List language and/or dialect    _____

4.  This case will take    _2-5_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                          (Check only one)

    I     0 to 5 days          _X_          Petty          _____
    II    6 to 10 days         _____      Minor          _____
    III   11 to 20 days        _____      Misdem.        _____
    IV    21 to 60 days        _____      Felony         _X_
    V     61 days and over     _____

6.  Has this case been previously filed in this District Court?  (Yes or No)    _No_
    If yes:
    Judge: _____          Case No._____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No) Yes _____
    If yes:
    Magistrate Case No.          _____15-8640-WM_____
    Related Miscellaneous numbers:     _____
    Defendant(s) in federal custody as of     _____12/08/2015_____
    Defendant(s) in state custody as of       _____
    Rule 20 from the _____     District of _____
        Is this a potential death penalty case? (Yes or No)     _NO_

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?          _____ Yes    _X_ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?          _____ Yes    _X_ No

_____
ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. ___16-80002-CR-___Ryskamp/Hopkins

**Defendant's Name:** ·Tony Hayward,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Unlawful Firearm possession by a convicted felon | 18:922(g)(1) | 10 years<br>$250,000 fine<br>SR:  3 years<br>$100 Special Assessment |
| | Forfeiture | | |